# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff(s),<br><br> v.<br><br>ROMIE LE'MON TURNER,<br><br>          Defendant(s). | Case No. 2:16-CR-73 JCM (CWH)<br><br>ORDER |

  Presently before the court is the matter of *United States of America v. Turner*, case no. 2:16-cr-00073-JCM-CWH-1. Romie Le'mon Turner ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 43). The court has examined the motion, which alleges relief due to *Rehaif v. United States*, 139 S. Ct. 2191 (2019). *Id.*

  The United States of America ("respondent") shall file a response within 21 days from the date of this order. Thereafter, petitioner will have 14 days to file a reply.

  Accordingly,

  IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 43) no later than 21 days from the date of this order. Petitioner may file a reply within 14 days.

  The clerk is instructed to file this order in the instant matter and in the related civil case, no. 2:20-cv-01090-JCM.

  DATED June 22, 2020.

                    /s/ James C. Mahan
                    UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**