Prob12B
D/NV Form
Rev. June 2014

United States District Court
for
the District of Nevada

REQUEST TO QUASH PETITION AND WARRANT
June 14, 2022

Name of Offender: **Romie Lemon Turner**

Case Number: **2:16CR00073**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan, Senior United States District Judge**

Date of Original Sentence: **February 13, 2017**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **76 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **September 16, 2021**

PETITIONING THE COURT

☒ To quash petition and warrant dated May 13, 2022, and to close case:

CAUSE

On May 13, 2022, the United States Probation Office petitioned the Court (document numbers [55 and 56]) to issue a warrant for the defendant's arrest based upon allegations of noncompliance. The Court concurred and a warrant was issued.

On or about June 2, 2022, the deputy United States Marshal who was charged with locating Turner found Turner's sister, who indicated that Turner died on March 3, 2022. She provided the Marshal with a photo of Turner's death certificate.

On June 6, 2022, probation requested a certified copy of the death certificate from the Nevada Department of Health and Human Services. On June 10, 2022, the certificate was received.

RE: Romie Lemon Turner

Prob12B
D/NV Form
Rev. June 2014

Based upon Turner's confirmed death, it is requested the petition and warrant issued for his arrest dated May 13, 2022, be quashed. In addition, it is further requested that probation be granted permission to close this case.

Respectfully submitted,

Digitally signed by Brian Blevins
Date: 2022.06.14 12:43:42 -07'00'

Brian Blevins
Supervising United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2022.06.14 11:35:04 -07'00'

Todd Fredlund
Supervisory United States Probation Officer

RE: Romie Lemon Turner

Prob12B
D/NV Form
Rev. June 2014

## THE COURT ORDERS

☐     No Action.

X     Quash petition and warrant, close case

☐     Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

June 17, 2022
_____
Date